**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  v.<br>REYSEAN WILLIAMS,<br>and<br>LEANDRO GOMES | Cr. No. 17-039S |

**UNITED STATES' RESPONSE**
**TO DEFENDANTS' JOINT MOTION**
**TO REVIEW JUVENILE FILE IN COURT'S POSSESSION**

The United States has no objection to the granting of this motion (ECF No. 89).

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

STEPHEN G. DAMBRUCH
United States Attorney

/s/JOHN P. MCADAMS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
John.P.McAdams@usdoj.gov

Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Terrence.Donnelly@usdoj.gov

1

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of November, 2018, a copy of the within United States' United States' Response To Defendants' Joint Motion For Exculpatory Evidence was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mary June Ciresi, Esq.

J. Dixon-Acosta, Esq.

                                  /s/ Terrence P. Donnelly
                                  TERRENCE P. DONNELLY