AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Leandro Gomes | ) | Case No.  1:17-cr-00039-WES-LDA |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Leandro Gomes                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violaion of supervised release.

Date:   11/06/2020

/s/ Carrie L. Potter
*Issuing officer's signature*

RECEIVED
NOV 0 6 2020
U.S. Marshals Service

City and state:   Providence, RI

Carrie L. Potter, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/06/2020, and the person was arrested on *(date)* 3-1-2021
at *(city and state)*   Providence, RI   .

Date: 2021

*Arresting officer's signature*

Justin Eagan, DUSM
*Printed name and title*